# Court of Appeals
# of the State of Georgia

ATLANTA,  September 22, 2025

*The Court of Appeals hereby passes the following order:*

**A25A1100.  IN THE INTEREST OF N. B., et al., CHILDREN (MOTHER).**

On January 14, 2025, we granted the mother's application for discretionary appeal to consider whether the superior court erred by terminating her parental rights. Upon review of the entire record and the applicable law, we conclude that the application was improvidently granted. The appeal is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  09/22/2025*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*